IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

HEATHER K. POOLE                                                PLAINTIFF

v.                              CIVIL NO.:10-3057

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                          DEFENDANT

**O R D E R**

On this *19* day of *Sept.* 2011, the court has before it for consideration

plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28

U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable

James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on

August 30, 2011, the court finds that the Magistrate's recommendations should be adopted *in toto*

and hereby awards plaintiff's attorney fees in the amount of $1,174.10.

IT IS SO ORDERED.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 19 2011

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

HONORABLE JIMM LARRY HENDREN
CHIEF UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)