IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

HEATHER K. POOLE                                                                              PLAINTIFF

v.                                             CIVIL NO.:10-3057

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                          DEFENDANT

# ORDER

On this 19 day of Sept., 2011, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on August 30, 2011, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $1,174.10.

IT IS SO ORDERED.

HONORABLE JIMM LARRY HENDREN
CHIEF UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 19 2011

CHRIS R. JOHNSON, CLERK
BY
    DEPUTY CLERK

AO72A
(Rev. 8/82)